Kirsten A. Worley, Bar No. 222513
kw@wlawcorp.com
Worley Law Corp., P.C.
26632 Towne Centre Dr., Ste. 300
Foothill Ranch, CA  92610
Telephone:  949-420-3706
Facsimile:    949-420-3707

Attorneys for Plaintiff
CXA Corporation

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CXA CORPORATION, a Texas corporation,<br><br>              Plaintiff,<br><br>v.<br><br>MAZAL INVESTMENTS, LLC, a Nevada limited liability comopany; EL-DARR ENTERPRISES, LLC, a Nevada limited liability company; HERSTYLER, LLC, a Nevada limited liability company; ELI WEINGARTEN, an individual; DAPHNA O. THAL-WEINGARTEN, an individual,<br><br>              Defendants. | Case No.  2:12-CV-08269-JGB-JEMx<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to the Stipulation of the Plaintiff and Defendants, the above-entitled action is dismissed with prejudice.

IT IS SO ORDERED.

Dated:  October 25, 2013

_____
Honorable Jesus G. Bernal
United States District Court Judge